IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS SHIPMAN ,

    Plaintiff,

v.

LOGISTICS HEALTH, INC., AND UNITED STATES OF AMERICA,

    Defendants.

ORDER

Case No.  14-cv-651-wmc

    Plaintiff Dennis Shipman has filed a proposed civil complaint.  Plaintiff has asked for leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

    In this case, plaintiff is currently on leave without pay from his employment and has no substantial assets.  Plaintiff receives $925 per month or $11,100 annually in Social Security disability benefits.  Additionally, plaintiff reports that he supports one minor dependent.  The court subtracted $3,700, accounting for the one dependent, from plaintiff's

annual income leaving a balance of $7,400.  Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Dennis Shipman for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.  Once the screening process is complete, a separate order will issue.

Entered this 29th day of September, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge